

**FILED**
IN CLERK'S OFFICE NY
U.S. DISTRICT
★ MAR 08 2012

BROOKLYN OFFICE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F# 2012R00028

225 Cadman Plaza East
Brooklyn, New York 11201

March 6, 2012

Mr. Taleek Brooks

Re: U.S. vs. Taleek Brooks
Criminal Docket No. CR-12-166

Dear Mr. Brooks:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Wednesday, the 14th of March, 2012 at 11:00 A.M., A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: Grand Jury Coordinator (R. Greene)


CC: Hon. Roslynn R. Mauskofp (Mag. Gold will accept the plea.)

Robert T. Polemeni
Assistant U.S. Attorney

Michael Weil, Esq.

Pretrial Services Officer