

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

RTP
F.#2012R00028

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 13, 2012

<u>By Electronic Mail</u>

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Attn</u>: Winnethka Toribio, Courtroom Deputy

    Re:  United States v. Taleek Brooks
          <u>Criminal Docket No. 12-166 (RRM)</u>

Dear Judge Mauskopf:

      The government submits this letter in connection with the above-captioned matter, which was assigned by the Clerk's Office to Your Honor.  The government has conducted a review of its records and determined that no aspect of the investigation and inquiry giving rise to the matter was pending or initiated in the United States Attorney's Office between September 3, 2002 and October 19, 2007.  As a result of the inquiry, the government has not identified any potential recusal issue relating to this matter.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                By:        /s/
                      Robert T. Polemeni
                      (718) 254-6044

Cc: Michael Weil, Esq. (counsel for the defendant)