

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PSS:RTP
F.#2012R00226

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 20, 2012

By Email and ECF

Michael Weil, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th floor
Brooklyn, N.Y. 11201

       Re:   United States v. Taleek Brooks
            Criminal Docket No. 12-166 (RRM)

Dear Mr. Weil:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter discovery in the above-referenced matter.  Please also consider this letter to be the government's request for reciprocal discovery.

1.    Statements of the Defendant

      Enclosed is a copy of the Advice of Rights form signed by the defendant on January 13, 2012, Bates-numbered BROOKS 1, and a Consent to Assume Online Presence signed by the defendant on January 13, 2012, Bates-numbered BROOKS 2.  Also enclosed are redacted versions of Reports of Investigations, which contain the defendant's statements made to special agents with the Federal Bureau of Investigation on January 13, 2012 and February 6, 2012, as well as the defendant's written statement to agents on January 13, 2012, Bates-numbered BROOKS 3-9.

2.    Prior Criminal History

      The government is not aware of any criminal history for the defendant.

3.    Documents and Tangible Objects

      Please contact Special Agent Thomas Thompson to set up a mutually agreeable time to review the images and videos located on the Dell Dimension 8400 Tower, the Gateway laptop computer and the Buffalo external hard drive seized from the defendant's residence on January 13, 2012.

4.   Reports of Examinations and Tests

The government will provide you with copies of reports of any examinations or tests conducted in connection with this case, as they become available.

5.   Expert Witnesses

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) by notifying you in a timely fashion of any expert the government intends to call at trial and by providing you with the expert's credentials and a summary of the expert's opinion.

6.   <u>Brady Materials</u>

The government is not aware of any exculpatory material regarding the defendant. The government understands and will comply with its continuing obligation to produce exculpatory material as defined by <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny.

Before trial, the government will furnish materials discoverable pursuant to Title 18, United States Code, Section 3500, as well as impeachment materials. See <u>Giglio v. United States</u>, 405 U.S. 150 (1972).

The Defendant's Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results of reports or physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession, custody, or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. See Fed. R. Crim. P. 26.2. In order to avoid any unnecessary delay, we request that you have copies of

these statements available for production to the government no later than the commencement of trial.

       The government also requests that the defendant disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence.  The summary should describe the opinions of the witnesses, the bases and reasons for those opinions, and the witnesses' qualifications.

       If you have any questions or further requests, please do not hesitate to contact me.

                                    Very truly yours,

                                    LORETTA E. LYNCH
                                    United States Attorney


                        By:      /s/
                              Robert T. Polemeni
                              Assistant U.S Attorney
                              (718) 254-6044


Enclosures

cc: Clerk of the Court (RRM) (w/o enclosures)