

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PSS:RTP
F.#2012R00226

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 3, 2012

By Email and ECF

Michael Weil, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th floor
Brooklyn, N.Y. 11201

       Re:  United States v. Taleek Brooks
            Criminal Docket No. 12-166 (RRM)

Dear Mr. Weil:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed a copy of the transcript of an online chat between the defendant and an undercover special agent with the FBI on December 29, 2011, Bates-numbered BROOKS 63-64. Please also find enclosed a proposed plea agreement. Finally, the government hereby renews its request for reciprocal discovery.

      If you have any questions or further requests, please do not hesitate to contact me.

                                  Very truly yours,

                                  LORETTA E. LYNCH
                                  United States Attorney

                        By:     /s/
                                  Robert T. Polemeni
                                Assistant U.S Attorney
                                (718) 254-6044

Enclosures

cc: Clerk of the Court (RRM) (w/o enclosures)