

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PSS:RTP
F.#2012R00226

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 17, 2012

By Email and ECF

Michael Weil, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th floor
Brooklyn, N.Y. 11201

        Re:  United States v. Taleek Brooks
             Criminal Docket No. 12-166 (RRM)

Dear Mr. Weil:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed a copy of a screen-shot reflecting a portion of the online chat between the defendant and an undercover special agent with the FBI on December 29, 2011, Bates-numbered BROOKS 65 (a transcript of the full online chat was previously provided, Bates-numbered BROOKS 63-64). Also enclosed is the defendant's GigaTribe profile information (user name "Tri-star") as of January 12, 2012, Bates-numbered BROOKS 66-69. The government hereby renews its request for reciprocal discovery.

2

    If you have any questions or further requests, please do not hesitate to contact me.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

               By:      /s/
                        Robert T. Polemeni
                        Assistant U.S Attorney
                        (718) 254-6044

Enclosures

cc: Clerk of the Court (RRM) (w/o enclosures)

Case 1:12-cr-00166-RRM   Document 18   Filed 05/17/12   Page 2 of 2 PageID #: 51