## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE LOIS BLOOM**          **DATE :** 7 /6 /12

**DOCKET NUMBER:** 12 CR 166(RRM)          **LOG # :** 2:33 – 2:36

**DEFENDANT'S NAME :** TALEEK BROOKS
   ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL :** MICHAEL WEIL
   ✓ Federal Defender    ___ CJA    ✗ Retained

*Tali Farhadian for* ✓
**A.U.S.A** ROBERT POLEMENI    **DEPUTY CLERK :** SM YUEN

**INTERPRETER :** _____ (Language) _____

_____ Hearing held.    _____ Hearing adjourned to_____

_____ Defendant was released on_____ PRB with/without some conditions.

_____ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety (ies) to co-signed bond by _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

✓ Order of Speedy Trial entered.   Code Type____   Start 7/6/12   Stop 10/2/12

_____ Defendant's first appearance.   _____ Defendant arraigned on the indictment.

_____ Attorney Appointment of _____ FEDERAL DEFENDER _____ CJA

_____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** _____