UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA         :

        - v -                               :

TALEEK BROOKS

      Defendant.                    :
-------------------------------------------------X

**NOTICE OF MOTION**

12 CR 166 (RRM)

**PLEASE TAKE NOTICE**, that upon the annexed declarations of **Taleek Brooks and Michael Weil,** and the exhibits thereto, and the **Memorandum of Law**, submitted herewith, and all prior proceedings herein, the undersigned will move this Court, before the Honorable Roslynn R. Mauskopf, United States District Judge for the Eastern District of New York, on October 2, 2012, at 10 a.m., at the Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an Order:

    1. Suppressing evidence under the Fourth Amendment, including material recovered over the Internet, pursuant to a search warrant, and the defendant's statements; and

    2. Granting such other relief the Court deems just and proper, including the scheduling of an evidentiary hearing to resolve factual issues raised by this motion.

Dated: Brooklyn, New York
       July 26, 2012

                                      Federal Defenders of New York,

                                      **Michael D. Weil, Esq.**
                                      One Pierrepont Plaza
                                      Brooklyn, New York 11241
                                      Tel.: (718)407-7413

TO:   **Loretta Lynch, Esq.**
        United States Attorney
        Eastern District of New York
        Attn: AUSA Robert Polemeni