UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA        :

    - v -                                          :

TALEEK BROOKS

              Defendant.                :
-------------------------------------------------X

**DECLARATION**

12 CR 166 (RRM)

    I, **Taleek Brooks,** hereby declare under the penalties of perjury, pursuant to 28 U.S.C. Section 1746, that:

    1. I am the defendant in this action. This declaration is made in support of a motion to suppress. My lawyer prepared this declaration. It only contains those facts my lawyer thought necessary to include and I am aware of other facts not included.

    2. In December 2011, I was a member of GigaTribe under the username Tri-star.

    3. On January 13, 2012, I lived at 934 Lafayette Avenue, Third Floor, Brooklyn, New York. Computers were seized from my home on the date of my initial arrest.

    I declare under penalties of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
          July 23, 2012

                                                                                       **Taleek Brooks**